UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM KLOTZ, | : |
|                  Petitioner, | : Civil Action No. 15-562 (JEI) |
| v. | : **MEMORANDUM ORDER** |
| UNITED STATES OF AMERICA, | : |
|                  Respondent. | : |

This matter having come before the Court on the amended motion to vacate, set aside, or correct the sentence of Petitioner, William Klotz, pursuant to 28 U.S.C. § 2255 (ECF No. 5), this Court having screened the amended motion pursuant to Rule 4 of the Rules Governing Section 2255 Cases; and this Court finding that it plainly appears that Petitioner is not entitled to relief as his motion is time barred for the reasons set forth in the accompanying opinion,

**IT** is on this 23rd day of July, 2015;

**ORDERED** that the Clerk of the Court shall re-open this matter solely for the purpose of the entry of this Order and the accompanying Opinion; and it is further

**ORDERED** that the amended motion (ECF No. 5) is hereby **DISMISSED** as time barred; and it is further

**ORDERED** that a certificate of appealability is **DENIED**; and it is further

1

**ORDERED** that the Clerk of the Court shall serve this Order and the accompanying Opinion upon Petitioner by regular mail, and shall close the file.

_____
Joseph E. Irenas, S.U.S.D.J.